Opinion issued February 3, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00272-CV

———————————

FIRST
CLASS EXECUTIVE TRANSPORTATION OF FLORIDA, INC., Appellant

V.

EZ CRUISE CONNECTION, LLC AND SANDRA
BAKER, Appellees



 



 

On Appeal from the 125th District Court 

Harris County, Texas



Trial Court Cause No. 0978547

 



 

 

 

MEMORANDUM
OPINION

Appellant
has filed an unopposed motion to dismiss the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

We
dismiss all other pending motions as moot. 
We direct the Clerk to issue the mandate within 10 days of the date of
this opinion.  See Tex. R. App. P.
18.1.

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.